No. 01–5794. PETER L. *v.* ROLLINS. Sup. Ct. N. H. Certiorari denied.

No. 01–5797. HARRISON *v.* OMOHUNDRO ET AL. Ct. App. Tenn. Certiorari denied.

No. 01–5801. GUERRERO *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5802. GILES *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 01–5803. GRAYS *v.* SANDY ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5805. FORREST *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 01–5808. MARVIN *v.* BIGGER ET AL. Ct. App. N. Y. Certiorari denied.

No. 01–5810. LAMB *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 01–5811. CURRY *v.* JOHNSON, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–5818. ARNOLD *v.* WOOD ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–5824. VERA *v.* MARTIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–5825. VAUGHN, INDIVIDUALLY AND AS NEXT FRIEND OF WASSING *v.* VAUGHN ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–5840. SCOVELL *v.* DEPARTMENT OF CHILDREN AND FAMILY SERVICES, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–5841. ROBINSON *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.